UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASIANO, et. al.,

                    Plaintiffs,                    21-CV-8459 (PAE) (OTW)

       -against-                                   **ORDER**

67 DELI INC., et. al.,

                    Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiffs' letter explaining that they have been unable to submit a proposed case management plan because Defendants have not appeared in this case. (ECF 27). The April 27, 2022 conference is adjourned *sine die*. Plaintiffs may file a request for certificates of default by May 20, 2022. Plaintiffs are further instructed to consult Judge Engelmayer's individual rules in connection with any Motion for Default Judgment.

      **SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: April 26, 2022                                **Ona T. Wang**
      New York, New York                 United States Magistrate Judge