# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 20, 2022

**VIA ECF**

Hon. Paul A. Engelmayer  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

        Re:    Casiano et al v. 67 Deli Inc. et al,  
                  1:21-cv-08459-PAE-OTW

Dear Judge Engelmayer:

      This office represents Plaintiffs in the above-referenced matter. We write to respectfully request an extension of time to show cause why this case should not be dismissed for failure to prosecute in this action. This is Plaintiffs' first request for an extension.

      Plaintiffs were Ordered on October 6, 2022 (Docket #36), to show cause by October 13, 2022, as to why the above-captioned action should not be dismissed for failure to prosecute. Unfortunately, Plaintiffs have inadvertently missed the October 13 deadline due to the handling attorney being sick the past two weeks. Plaintiffs respectfully request an extension until October 27, 2022, to file a motion for default judgment to show cause per this Court's October 6, 2022, Order.

      Plaintiffs thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Frank Palermo*  
Frank J Palermo, Esq.  
CSM LEGAL, P.C.

*Attorneys for Plaintiffs*

Granted. The Court wishes counsel well.

SO ORDERED.

*[signature]*  
PAUL A. ENGELMAYER  
United States District Judge  
October 21, 2022