## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
BUENA VENTURA CASIANO &
GREGORIO CANDIA MENDOZA,

                            Plaintiffs,                        21 **CIVIL** 8459 (PAE)

               -against-                                 **JUDGMENT**

67 DELI CORP., ABDULLA ALI MUSAID &
ABDULRAHMAN JAMIL MOSED,.

                          Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 3, 2024, the Court adopts the Report in full, save to make a minor calculative correction to pre-judgment interest. The Court finds that defendants 67 Deli, Musaid, and Mosed are jointly and severally liable to plaintiffs. The Court holds that the plaintiffs are entitled to the following sums: $39,752.36 for Casiano; and $85,756.61 for Mendoza. Each plaintiff is further entitled to post-judgment interest on the above sums, to be calculated pursuant to 28 U.S.C. § 1961. Finally, the Court awards plaintiffs jointly $3,035.30 in attorneys' fees and costs. Accordingly, the case is closed.

**Dated:**  New York, New York
          April 4, 2024

                                                     **RUBY J. KRAJICK**
                                                       Clerk of Court

                           **BY:**
                                                     **Deputy Clerk**